# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT ) )  Plaintiff, ) v. ) U.S. CENSUS BUREAU, *et al*. ) )  Defendants. ) | Case No.  20-cv-2090 (RC) |

## JOINT NOTICE OF PROPOSED SCHEDULE

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby propose a schedule for further proceedings in accordance with the Court's September 17, 2020, Minute Order.

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. Commerce and the Census Bureau are currently in the process of searching for documents potentially responsive to plaintiff's requests.  Commerce and the Census Bureau anticipate that they will complete their searches on or before October 31, 2020.

After the searches are complete, defendants will inform plaintiff of the volume of potentially responsive documents.  The parties propose that they then meet and confer about a processing schedule for defendants' release of responsive, non-exempt documents subject to the FOIA.

The parties propose deferring the setting of a briefing schedule until defendants complete their processing of documents responsive to plaintiff's requests.  The parties propose filing a Joint Status Report on November 15, 2020, proposing a processing schedule.

Dated: October 1, 2020                                          Respectfully submitted,


                                                                            JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


/s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*