# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-cv-2090 (RC) |
| U.S. CENSUS BUREAU, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's October 1, 2020, Minute Order.

Defendants report that their initial searches for documents potentially responsive to the Freedom of Information Act ("FOIA") requests at issue in this case are complete. Commerce anticipates making an interim production on or before December 15, 2020, and anticipates making a final production on or before January 15, 2021. Although the Census Bureau has completed its initial search for documents responsive to Plaintiff's FOIA requests, the Census Bureau is not prepared to provide an anticipated processing or production schedule at this time. The Census Bureau anticipates making a determination with respect to a processing or production schedule regarding this request on or before November 20, 2020.

The parties have conferred and Plaintiff agrees to the above schedule at this time. The parties propose to file another joint status report on or before November 20, 2020, providing an update on the status of the case and proposing a schedule for further proceedings.

Dated: November 16, 2020                                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


 /s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*