### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-cv-2090 (RC) |
| ) | |
| U.S. CENSUS BUREAU, *et al.* ) | |
| ) | |
| Defendants. ) | |

### JOINT STATUS REPORT

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's November 16, 2020, Minute Order.

Defendants report that their initial searches for documents potentially responsive to the Freedom of Information Act ("FOIA") request at issue in this case are complete. Commerce anticipates making an interim production on or before December 15, 2020, and anticipates making a final production on or before January 15, 2021.

The Census Bureau has completed its initial search for documents responsive to Plaintiff's FOIA requests, and is in the process of running a more tailored search for records responsive to the Sent Communications FOIA request. The agency's search for the White House Key Terms FOIA yielded approximately 900 potentially responsive records, which the Census Bureau anticipates processing at the rate of approximately 300 potentially responsive documents per month. The agency anticipates making a final production for this request on or before March 1, 2021. The Census Bureau also anticipates making a determination with respect to a processing or production schedule regarding the Sent Communications FOIA request on November 24, 2020.

The parties have conferred and Plaintiff agrees to the above schedule at this time. The parties propose to file another joint status report on or before December 19, 2020, providing an update on the status of the case and proposing a schedule for further proceedings.

Dated: November 20, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:  (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*

 /s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*