# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,                    )<br>                                                         )<br>           Plaintiff,                              )<br>                                                         )<br>v.                                                      )           Case No.  20-cv-2090 (RC)<br>                                                         )<br>U.S. CENSUS BUREAU, *et al.*           )<br>                                                         )<br>           Defendants.                        )<br>_____)  |  |

## JOINT STATUS REPORT

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's November 16, 2020, Minute Order.

Commerce provided an interim update on the two Freedom of Information Act ("FOIA") requests directed to it on December 15, 2020, and anticipates making a final determination on both requests on or before January 15, 2021.

The Census Bureau has completed its initial search for documents responsive to Plaintiff's three FOIA requests directed to it, and the parties have agreed that Census Bureau will prioritize processing and production of records responsive to the Sent Communications FOIA request before processing and production of records responsive to the White House Key Terms FOIA request. The Census Bureau anticipates making a final production for the Sent Communications FOIA request on or before January 15, 2021, and anticipates making a final production for the White House Key Terms FOIA request on or before April 1, 2021.  A final response was provided for the Directives FOIA request on December 17, 2020, and Plaintiff is in the process of reviewing the production.

The parties have conferred and Plaintiff agrees to the above schedule at this time. The parties propose to file another joint status report on or before February 18, 2021, providing an update on the status of the case.

Dated: December 18, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*