IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 20-cv-2090 (RC) <br> ) |
| U.S. CENSUS BUREAU, *et al.* | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's December 18, 2020, Minute Order.

Although Commerce previously reported that it anticipated making a final determination on the two Freedom of Information Act ("FOIA") requests directed to it on or before January 15, 2021, Commerce has had difficulty discerning the identities of certain individuals referenced in the FOIA requests, leading to delay.  With the exception of one individual, Commerce has ascertained the identities of unidentified individuals referenced in Plaintiffs' requests and anticipates that the search of these custodians followed by processing and production will occur expeditiously.  Defendants have communicated with Plaintiff respecting the one individual that they have been unable to identify.

The Census Bureau provides the following update regarding the three FOIA requests directed to it at issue in this case.  Processing and production of records responsive to the White House Key Terms FOIA request is ongoing.  The Census Bureau anticipates making a final production for the White House Key Terms FOIA request on or before April 1, 2021.  A final

response was provided for the Directives FOIA request on December 17, 2020 and for the Sent Communications FOIA request on January 27, 2021.

The parties have conferred and Plaintiff agrees to the schedule proposed above. The parties propose to file another joint status report on or before April 19, 2021, providing an update on the status of the case.

Dated: February 18, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ Liam C. Holland
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*