IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. CENSUS BUREAU, *et al.*<br><br>       Defendants. | Case No. 20-cv-2090 (RC) |

**JOINT STATUS REPORT**

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's February 18, 2021, Minute Order.

Commerce issued a final response to Plaintiff's Freedom of Information Act ("FOIA") requests to Commerce on March 25, 2021. The Census Bureau issued a final response for the Directives FOIA request on December 17, 2020 and a response for the Sent Communications FOIA request on January 27, 2021.

Although the Census Bureau previously reported that it anticipated making a final determination on the White House Key Terms FOIA request on or before April 1, 2021, the Census Bureau's final determination did not take place as anticipated. Defendants are investigating the cause of delay and will confer with Plaintiff regarding the results of the investigation.

The parties propose to file another joint status report on or before June 18, 2021, providing an update on the status of the case.

Dated: April 19, 2021                                              Respectfully submitted,

                                                                                    BRIAN M. BOYNTON

Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ Liam C. Holland
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*