**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
)
AMERICAN OVERSIGHT                )
)
            Plaintiff,       )
v.                        )       Case No.  20-cv-2090  (RC)
)
U.S. CENSUS BUREAU, *et al.*    )
)
          Defendants.    )
_____)

**JOINT STATUS REPORT**

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau") and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this joint status report pursuant to the Court's April 19, 2021, Minute Order.

As reported in the last joint status report, search, processing, and production of records responsive to Plaintiff's FOIA requests to Commerce are complete

In the February 18, 2021, joint status report, Defendants inaccurately reported that the Census Bureau provided a final response for the Sent Communications FOIA request (tracking number '1356) on January 27, 2021.  The Census Bureau provided Plaintiff with productions of records responsive to the Sent Communications FOIA request on January 27, 2021, and on February 24, 2021.  However, FOIA officials at the Census Bureau had been inadvertently and erroneously processing a batch of potentially responsive documents that had not been threaded and de-duplicated.  The error has been corrected and the Census Bureau reports that it is processing the correct batch of documents potentially responsive to Plaintiff's Sent Communications FOIA request.

The results of Census Bureau's initial search for documents potentially responsive to Plaintiff's White House Key Terms FOIA request (tracking number '1042) were unreviewable due to a technical issue. After conferring with Plaintiff, the Census Bureau agreed to rerun a more expansive search. The Census Bureau anticipates processing the results of that search after it completes processing and production for Plaintiff's Sent Communications FOIA request.

The parties propose to file another joint status report on or before August 18, 2021, providing an update on the status of the case.

Dated: June 18, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.:   (202) 514-4964
Fax:   (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*