# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
AMERICAN OVERSIGHT )
)
Plaintiff, )
v. )   Case No.  20-cv-2090 (RC)
)
U.S. CENSUS BUREAU, *et al*. )
)
Defendants. )
_____)

## JOINT STATUS REPORT

Plaintiff American Oversight and defendants U.S. Census Bureau ("the Census Bureau")
and U.S. Department of Commerce ("Commerce"), by undersigned counsel, hereby submit this
joint status report pursuant to the Court's June 18, 2021, Minute Order.

As reported in the last joint status report, search, processing, and production of records
responsive to Plaintiff's FOIA requests to Commerce are complete.  On August 18, 2021, the
Census Bureau provided a final production for the Sent Communications FOIA request (tracking
number '1356) from the corrected batch of responsive records.  Plaintiff is in the process of
reviewing the produced records.  The Census Bureau is now processing Plaintiff's White House
Key Terms FOIA request (tracking number '1042).

The parties propose to file another joint status report on or before October 19, 2021,
providing an update on the status of the case.

Dated: August 18, 2021                        Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Acting Assistant Attorney General
                                              Civil Division

                                              ELIZABETH J. SHAPIRO

Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
Liam C. Holland  (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division,  Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.:    (202) 514-4964
Fax:    (202) 616-8470
Email:  Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*


*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington,  DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*